UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Mohamed Daoud

        v.                           Civil No. 11-cv-99-JL

Manchester Police Department, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated October 25, 2011, no objection having been filed.

SO ORDERED.

November 19, 2011                 */s/ Joseph N. Laplante*
                                          Joseph N. Laplante
                                          Chief Judge

cc:    Mohamed Daoud, pro se